# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

IN RE:                                                                                                          CASE NO: 8−09−78589−ast

  GCL Shipping Corp. (M.I.)

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                     CHAPTER: 11

  00−0000000

                                    DEBTOR(s)

---

## NOTICE OF DISMISSAL OF CASE

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on November 10, 2009 and an order having been entered by the Honorable Alan S. Trust, United States Bankruptcy Judge, on November 10, 2010 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the clerk of court upon receipt of this notice.

Dated: November 10, 2010

                                                              For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod** [Notice of Dismissal rev.9/23/02]