# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: smarcus | Date Created: 11/10/2010 |
| Case: 8–09–78589–ast | Form ID: 227 | Total: 32 |

**Recipients of Notice of Electronic Filing:**
aty     C. Nathan Dee        ndee@cullenanddykman.com
aty     Matthew G Roseman    mroseman@cullenanddykman.com

    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        GCL Shipping Corp. (M.I.)      100 Quentin Roosevelt Boulevard     Garden City, NY 11530
smg       United States of America       Secretary of the Treasury     15th Street &Pennsylvania Ave. NW     Washington, DC 20220
smg       NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12201
smg       NYS Department of Taxation &Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg       Internal Revenue Service     11601 Roosevelt Blvd.     P.O. Box 21126     Philadelphia, PA 19114
smg       NYC Department of Finance     345 Adams Street, 3rd Floor     Attn: Legal Affairs – Devora Cohn     Brooklyn, NY 11201–3719
smg       United States Trustee     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza     Central Islip, NY 11722–4437
6590773   Applied Weather Technology     158 Commercial Street     Sunnyvale CA 94086
6455491   BLUE SEA CAPITAL     62 Southfield Avenue     Stamford, CT 06902
6450742   Blue Sea Capital     62 Southfield Avenue     Stamford, CT 06902
6455492   DEWITT STERN IMPERATORE     HARBORSIDE FINANCIAL CENT     PLAZA FIVE SUITE 1510     JERSEY CITY, NJ 07311
6450743   DeWitt Stern, Imperatore     Harborside Fin. Center     Plaza Five Suite 1510     Jersey City, NJ 07311
6450744   Gilmore Shipping Corp.     100 Quentin Roosevelt     Boulevard     Garden City, NY 11530
6450746   Global Container Line Ltd     100 Quentin Roosevelt     Boulevard     Garden City, NY 11530
6450745   Global Container Line Ltd     100 Quentin Roosevelt Blv     Garden City, NY 11530
6450747   Global Progress LLC     100 Quentin Roosevelt Blv     Garden City, NY 11530
6450748   Global Prosperity LLC     100 Quentin Roosevelt Blv     Garden City, NY 11530
6587696   Hiller Systems Inc.     P O Box 91508     Mobile, AL 36691
6455494   KEYBANK NATIONAL ASSOC.     66 SOUTH PEARL STREET     ATTN: RICHARD B SAULSBERY     ALBANY, NY 12207
6450749   Key Bank National     Association     66 South Pearl Street     Albany, NY 12207
6450750   KeyBank National     Association     66 South Pearl Street     Attn:Richard B. Saulsbery     Albany, NY 12207
6524404   KeyBank National Association     c/o Lemery Greisler LLC     50 Beaver Street, 2nd Floor     Albany, New York 12207
6606824   MAN DIESEL SAS     Avenue De Chatonay (Porte 7)     B.P. 427 44615     Saint Nazaire Cedex     FRANCE
6455490   MERRILL MARINE SERVICES     7909 BIG BAND BLVD     SAINT LOUIS, MO 63119
6450751   Merrill Marine Services     7909 Big Bend Boulevard     Saint Louis, MO 63119
6455493   NATIONAL BANK OF PAKISTAN     100 WALL STREET     NEW YORK, NY 10005
6602745   National Bank of Pakistan     100 Wall Street     New York, NY 10005
6450752   National Bank of Pakistan     100 Wall Street     New York, NY 10005
6450754   Shiptrade, Inc.     100 Quentin Roosevelt     Boulevard     Garden City, NY 11530
6450753   Shiptrade, Inc.     100 Quentin Roosevelt Blv     Garden City, NY 11530

    TOTAL: 30