# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722–9013

---

IN RE:                                                                                      CASE NO: 8–09–78589–ast

   GCL Shipping Corp. (M.I.)

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                         CHAPTER: 11

   00–0000000

                        DEBTOR(s)

---

## NOTICE OF DISMISSAL OF CASE

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above−named debtor(s) having filed a Chapter 11 petition in bankruptcy on November 10, 2009 and an order having been entered by the Honorable Alan S. Trust, United States Bankruptcy Judge, on November 10, 2010 for the dismissal of said petition.

You are notified that the petition of the above−named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, it must be paid in full to the clerk of court upon receipt of this notice.

Dated: November 10, 2010

                                                    For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod** [Notice of Dismissal rev.9/23/02]

# CERTIFICATE OF NOTICE

```
District/off: 0207-8           User: smarcus              Page 1 of 1               Date Rcvd: Nov 10, 2010
Case: 09-78589                 Form ID: 227               Total Noticed: 27
```

The following entities were noticed by first class mail on Nov 12, 2010.
```
db           +GCL Shipping Corp. (M.I.),    100 Quentin Roosevelt Boulevard,    Garden City, NY 11530-4874
smg           NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
               Brooklyn, NY  11201-3719
smg          +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg           NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,    Albany, NY 12201
smg          +United States Trustee,    Office of the United States Trustee,    Long Island Federal Courthouse,
               560 Federal Plaza,    Central Islip, NY 11722-4456
smg          +United States of America,    Secretary of the Treasury,    15th Street & Pennsylvania Ave. NW,
               Washington, DC 20220-0001
6590773      +Applied Weather Technology,    158 Commercial Street,    Sunnyvale  CA 94086-5201
6450742      +Blue Sea Capital,    62 Southfield Avenue,    Stamford, CT 06902-7229
6455492      +DEWITT STERN IMPERATORE,    HARBORSIDE FINANCIAL CENT,    PLAZA FIVE SUITE 1510,
               JERSEY CITY, NJ 07311-4014
6450743      +DeWitt Stern, Imperatore,    Harborside Fin. Center,    Plaza Five Suite 1510,
               Jersey City, NJ 07311-4014
6450744      +Gilmore Shipping Corp.,    100 Quentin Roosevelt,    Boulevard,    Garden City, NY 11530-4874
6450746      +Global Container Line Ltd,    100 Quentin Roosevelt,    Boulevard,    Garden City, NY 11530-4874
6450745      +Global Container Line Ltd,    100 Quentin Roosevelt Blv,    Garden City, NY 11530-4874
6450747      +Global Progress LLC,    100 Quentin Roosevelt Blv,    Garden City, NY 11530-4874
6450748      +Global Prosperity LLC,    100 Quentin Roosevelt Blv,    Garden City, NY 11530-4874
6587696      +Hiller Systems Inc.,    P O Box 91508,    Mobile, AL 36691-1508
6455494      +KEYBANK NATIONAL ASSOC.,    66 SOUTH PEARL STREET,    ATTN: RICHARD B SAULSBERY,
               ALBANY, NY 12207-1501
6450749      +Key Bank National,    Association,    66 South Pearl Street,    Albany, NY 12207-1501
6450750      +KeyBank National,    Association,    66 South Pearl Street,    Attn:Richard B. Saulsbery,
               Albany, NY 12207-1501
6524404      +KeyBank National Association,    c/o Lemery Greisler LLC,    50 Beaver Street, 2nd Floor,
               Albany, New York 12207-1511
6606824       MAN DIESEL SAS,    Avenue De Chatonay (Porte 7),    B.P. 427 44615,    Saint Nazaire Cedex,    FRANCE
6455490      +MERRILL MARINE SERVICES,    7909 BIG BAND BLVD,    SAINT LOUIS, MO 63119-2719
6450751      +Merrill Marine Services,    7909 Big Bend Boulevard,    Saint Louis, MO 63119-2719
6450752      +National Bank of Pakistan,    100 Wall Street,    New York, NY 10005-3701
6450754      +Shiptrade, Inc.,    100 Quentin Roosevelt,    Boulevard,    Garden City, NY 11530-4874
6450753      +Shiptrade, Inc.,    100 Quentin Roosevelt Blv,    Garden City, NY 11530-4874
```

The following entities were noticed by electronic transmission on Nov 10, 2010.
```
smg           EDI: IRS.COM Nov 10 2010 14:03:00     Internal Revenue Service,    11601 Roosevelt Blvd.,
               P.O. Box 21126,    Philadelphia, PA   19114
                                                                                               TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6455491*     +BLUE SEA CAPITAL,    62 Southfield Avenue,    Stamford, CT 06902-7229
6455493*     +NATIONAL BANK OF PAKISTAN,    100 WALL STREET,    NEW YORK, NY 10005-3701
6602745*     +National Bank of Pakistan,    100 Wall Street,    New York, NY 10005-3701
                                                                                    TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2010**                              **Signature:**     _Joseph Speetjens_